# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| BENJAMIN FOLTA, | ) |
|     Appellee | ) |
| | ) APPEAL NO: 22-3518 |
| V. | ) |
| | ) |
| NORFORK BREWING COMPANY, ET AL. | ) |
| | ) |
|     Appellants | ) |

## APPELLANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME

Pursuant to 8th Cir. R. 27A (a)(3), Appellants Norfork Brewing Company and Jason Aamodt (herein "Appellants") hereby respectfully moves the Clerk of the Court for an additional fourteen (14) days to file their Reply brief. In support of their Motion, Appellants state:

1. Attorney for Appellants has been traveling frequently for other clients and cases.

2. Attorney for Appellants will be in Washington D.C. this week for oral argument in a longstanding case.

3. Consequently, Attorney for the Appellants has not had the ability to give this briefing adequate attention and asks for the time to do so.

4. The Reply Brief for Appellants is currently due on May 22, 2023, and this request is timely made.

5. Counsel for Appellee has been contacted and has no opposition to this request.

WHEREFORE, Appellants respectfully request that the Court grant this Motion and allow Appellants until June 5, 2023 to file their Reply Brief.

# **CERTIFICATE OF COMPLIANCE**

1.  This document complies with type-volume limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. R. 32(f) (cover page, disclosure statement, table of contents, table of citations, statement regarding oral argument, signature block, certificates of counsel, addendum, attachments):

    [ X ] this document contains [*160*] words.

    [ ] this brief uses a monospaced type and contains [*state the number of*] lines of text.

2.  This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32 (a)(6) because:

    [ X ] this brief has been prepared in a proportionally spaced typeface using [*Microsoft Word 2019*] in [*14pt Times New Roman*]; or

    [ ] this brief has been prepared in a monospaced typeface using [state name and version of word processing program] with [state number of characters per inch and name of type style].

Dated: May 15, 2023            /s/ Jason B. Aamodt
                                                    Jason B. Aamodt

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2023, a copy of the foregoing was filed through the Court's CM/ECF management system and electronically served on counsel of record.

s/ Jason B. Aamodt
Jason B. Aamodt