# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-3518

Benjamin Folta

Appellee

v.

Norfolk Brewing Company and Jason B. Aamodt

Appellants

_____

Appeal from U.S. District Court for the Western District of Arkansas - Harrison
(3:21-cv-03038-CDC)
_____

**ORDER**

Appellant's motion for extension of time to file the reply brief is granted. Appellants may have until June 5, 2023 to file the brief.

May 18, 2023

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
       /s/ Michael E. Gans